NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1392, -1393, -1422

TRADING TECHNOLOGIES INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

ESPEED, INC., ECCO LLC,
ECCOWARE LTD., and ESPEED INTERNATIONAL, LTD.,

Defendants-Cross-Appellants.

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5312, Senior Judge James B. Moran.

ON MOTION

O R D E R

Upon consideration of eSpeed Inc. et al.'s motion to designate Gary A. Rosen as principal counsel and George C. Lombardi as counsel,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 1 6 2009**

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lora A. Moffatt, Esq.
Paul H. Berghoff, Esq.
Gary A. Rosen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2009

JAN HORBALY
CLERK